# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

LISETTE FIERRO, an individual,

Plaintiff,

vs.

GEICO ADVANTAGE INSURANCE
COMPANY, a Corporation; DOES 1 through 10,
and ROE CORPORATIONS 1 through 20,
inclusive,

Defendants.

Case No.:  2:25-cv-02365-ART-NJK

**ORDER GRANTING STIPULATION
TO MODIFY SCHEDULING ORDER**

Pursuant to LR IA 6-1 and 6-2, and LR 26-3, Plaintiff Lisette Fierro ("Plaintiff") and Defendant GEICO Advantage Insurance Company ("Defendant"), by and through their respective counsel, hereby stipulate and agree, and respectfully request the Court to extend the current deadlines in the Court's Scheduling Order (ECF No. 13) by sixty (60) days.  In support thereof, the parties state:

## DISCOVERY CONDUCTED AND PENDING MOTIONS

1.      Plaintiff commenced this action on July 23, 2025 in state court, and the case was removed to this Court on November 26, 2025.  (*See* ECF No. 1.)  After the case was removed, Defendant filed a motion to dismiss.  (ECF No. 4.)  That motion was fully briefed as of December 24, 2025.  (ECF Nos. 4, 6 and 8.)  That motion to dismiss remains outstanding and, as a result, Defendant has not yet filed an answer in this case.

2.      This is the Parties' third request to continue the discovery deadlines.  After the

exchange of initial expert reports on June 10, 2026, the Parties agreed on June 18, 2026, to attend mediation in this matter.  The Parties' selected mediator, Judge Jennifer Togliatti (Ret.), was originally unavailable until September 2026.  However, Judge Togliatti was able to "create" availability for the Parties and has agreed to mediate this matter on August 7, 2026.  This request for an extension of the discovery deadlines is to allow the Parties the time to focus on that mediation and conserve resources in the interim.

3.    The Parties have diligently conducted discovery:

a.    January 29, 2026: Plaintiff served requests for production, interrogatories and requests for admission

b.    February 4, 2026: Defendant served initial disclosures and documents

c.    February 5, 2026: Plaintiff served initial disclosures and documents

d.    February 6, 2026: Plaintiff served supplemental disclosures and documents

e.    February 20, 2026: Defendant served requests for production, interrogatories and requests for admission

f.    March 12, 2026: Plaintiff served supplemental disclosures and documents (second and third supplements)

g.    March 13, 2026: Defendant responded to Plaintiff's discovery requests

h.    March 14, 2026: Defendant served supplemental disclosures and documents

i.    March 18, 2026: Plaintiff took the deposition of Leigh Aubuchon

j.    April 6, 2026: Plaintiff responded to Defendant's discovery requests

k.    April – May, 2026: Defendant's lead counsel was out of the country; Plaintiff's counsel was in trial

l.    May 12, 2026: Defendant took deposition of Plaintiff

m.    May 20, 2026: Defendant met and conferred with Plaintiff about Plaintiff's counsel's deposition and Plaintiff's discovery responses

n.    June 2, 2026: Parties finalized and filed stipulated protective order

o.    June 4, 2026: Defendant served supplemental disclosures and documents

p.    June 10, 2026: Parties exchanged initial expert disclosures and reports

DM1\302003629.1

q.      June 10, 2026: Plaintiff served supplemental disclosures and documents

r.      June 11, 2026: Defendant filed a motion to compel the deposition of Plaintiff's counsel

4.      The Parties are continuing to meet and confer about their respective discovery responses and are working to avoid further court intervention.  Plaintiff has also noticed the deposition of Defendant's Rule 30(b)(6) deponent for June 30, 2026.

5.      As explained in prior requests to extend discovery, the Parties had difficulty scheduling depositions because of competing schedules and the unavailability of witnesses, including because Plaintiff was in the process of moving to Texas.

6.      Allowing the requested extension will further the goal of Federal Rule of Civil Procedure Rule 1 to secure the just and inexpensive determination of this action, even if there is a delay in the resolution of discovery.

7.      Were the Court to grant this request, the Parties currently anticipate the following discovery to occur:

a.      June 19-July 1, 2026: Plaintiff and Defendant to continue their meet and confer efforts about outstanding discovery and Plaintiff to provide supplemental discovery responses (or indicate that no supplemental discovery responses are forthcoming)

b.      July 1-15, 2026: Defendant to pursue a motion to compel, if necessary

c.      August 7, 2026: Plaintiff and Defendant attend mediation

d.      August 28-October 9, 2026: Expert Depositions and Defendant's Rule 30(b)(6) witness deposition

e.      September 11, 2026: Rebuttal Expert Disclosure Deadline

8.      In addition, the Parties reserve the right to conduct additional depositions of fact witnesses, including Plaintiff's wife, Jennifer Fierro, medical providers, other Defendant personnel and any other fact witnesses between now and the close of discovery.

9.      The parties reserve the right to conduct any other discovery deemed necessary and appropriate.

10.      Accordingly, the parties respectfully request a sixty (60) day extension of the dates in

DM1\302003629.1

the current case schedule (without prejudice to any further changes to the discovery schedule).

11.     This Request is not sought for any improper purpose or delay. Rather, the parties seek this extension solely for the purpose of ensuring that all necessary discovery is completed, including any further party or non-party discovery. The following are the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Rebuttal Experts | July 13, 2026 | **Friday, September 11, 2026** |
| Discovery cutoff | August 10, 2026 | **Friday, October 9, 2026** |
| Dispositive Motions | September 9, 2026 | **Monday, November 9, 2026** |
| Pre-Trial Order, if no Dispositive Motions | October 9, 2026 or 30 days after resolution of dispositive motions | **Tuesday, December 8, 2026, or 30 days after resolution of dispositive motions** |

This stipulation is submitted in good faith and not for purposes of delay.  This is the parties' third stipulated request for extension of discovery deadlines.  This stipulation does not interfere with trial in this matter as there is no trial currently scheduled.  The parties respectfully and mutually submit that the reasons set forth above constitute compelling reasons for their requested extension.

WHEREFORE, the parties respectfully request that this Court extend the current deadlines by sixty (60) days in accordance with the table above.

NO FURTHER EXTENSIONS WILL BE GRANTED.

IT IS SO ORDERED.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 23, 2026