**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Lisette Fierro,

Plaintiff,

v.

Geico Advantage Insurance Company, et al.,

Defendants.

Case No.: 2:25-cv-02365-ART-NJK

**ORDER**

(Docket No. 20)

On June 11, 2026, Defendant Geico Advantage Insurance Company filed a motion to compel the deposition of Plaintiff's counsel. Docket No. 20. That motion is now fully briefed. Docket Nos. 20, 23, 24, 25. On July 24, 2026, United States District Judge Anne R. Traum granted Defendant's motion to dismiss Plaintiff's complaint. Docket No. 26. Judge Traum dismissed some of the claims with prejudice and some without prejudice. *Id*. Further, she allowed Plaintiff to file an amended complaint on the claims she dismissed without prejudice, if Plaintiff can correct the noted deficiencies, within 30 days of the issuance of the order. *Id*. at 9.

Therefore, no operative complaint currently exists in the instant case. Further, any amended complaint will change the landscape in such a manner that the current motion to compel is stale. Accordingly, the Court **DENIES** without prejudice Defendant's motion to compel. Docket No. 20. In the event Plaintiff files a first amended complaint as allowed by Judge Traum, the parties must engage in a further meet and confer before any renewed motion to compel can be filed.

IT IS SO ORDERED.

Dated: July 27, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE