**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LISETTE FIERRO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a Corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02365-ART-NJK<br><br>**ORDER GRANTING ECF No. 33/34** |

**STIPULATION AND ORDER TO EXTEND THE DATE FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, LISETTE FIERRO and Defendant, GEICO ADVANTAGE INSURANCE COMPANY, have stipulated and agreed to an extension of time from September 16, 2026, to September 22, 2026, in order for Plaintiff to file her Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [DOC 32].

Plaintiff's counsel requests the above extension due to Plaintiff's counsel having been in Trial when the Motion was filed and was not able to review and draft the opposition, as well as

being out of the office after the Trial for other previously scheduled matters as a result of being unavailable to schedule Depositions and Mediations during Trial.

Submitted by:

DATED this 16 day of September 2026.

**THE SCHNITZER LAW FIRM**

/s/ Jordan P. Schnitzer, Esq.

Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Approved as to Form and Content:

DATED this 16 day of September 2026

**DUANE MORRIS LLP**

/s/ Daniel B. Heidtke, Esq.

Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED that Plaintiff shall have an extension up to and including September 22, 2026, in order for Plaintiff to file her Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [DOC 32].

DATED this 17th day of September 2026.

Anne R. Traum
United States District Judge