**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

LISETTE FIERRO, an individual,

Plaintiff,

vs.

GEICO ADVANTAGE INSURANCE COMPANY, a Corporation; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,

Defendants.

Case No.: 2:25-cv-02365-ART-NJK

**ORDER GRANTING**

**STIPULATION TO EXTEND THE DATE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff LISETTE FIERRO and Defendant GEICO ADVANTAGE INSURANCE COMPANY, have stipulated and agreed to an extension of time from September 29, 2026, to October 6, 2026, in order for Defendant to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [DOC 32].

Defendant's counsel requests this time due to an impending trial in another matter, which has required substantial resources due to the volume of trial briefing in that matter due between September 24 and October 1, which has made the current September 29, 2026 deadline to respond to Plaintiff's 24-page brief untenable. Plaintiff was provided an extension of time by Defendant to file her response; Plaintiff has no objection and agrees to Defendant's request to extend Defendant's time to file its reply. Accordingly, the parties request that Defendant's deadline to file its reply in support of its motion to

dismiss be continued by one week to October 6, 2026.

Approved as to Form and Content:

DATED this 25th day of September 2026.

**THE SCHNITZER LAW FIRM**

*/s/Jordan P. Schnitzer*
Jordan P. Schnitzer, Esq.
Nevada Bar No. 10744
710 South 9th Street, Suite 2
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Submitted by:

DATED this 25th day of September 2026

**DUANE MORRIS LLP**

*/s/ Daniel B. Heidtke*
Dominica C. Anderson (SBN 2988)
Daniel B. Heidtke (SBN 12975)
100 North City Parkway, Suite 1560 Las Vegas, NV 89106-4617
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED that Defendant shall have an extension up to and including October 6, 2026, in order for Defendant to file its Reply in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [DOC 32].

DATED this 28th day of September 2026.

**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**